**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Hernandez DOMINGUEZ,**
**Defendant–Appellant.**

No. 01–4700.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

Matthew A. Victor, Victor, Victor, & Helgoe, L.L.P., Charleston, West Virginia, for Appellant. Charles T. Miller, United States Attorney, John L. File, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Juan Hernandez Dominguez appeals from the district court's order applying a three-level adjustment to his offense level for acceptance of responsibility pursuant to *U.S. Sentencing Guidelines Manual* § 3E1.1 (2000). We have reviewed the record and the district court's opinion and find no reversible error. The district court properly denied the adjustment based on Hernandez Dominguez's attempted escape from the jail where he was held prior to his conviction, his forceful restraint of a correctional officer during the escape attempt, and his less than forthcoming discussion of his role in the offense. USSG § 3E1.1, comment. (nn.1, 3, 4); *United States v. Melton,* 970 F.2d 1328, 1335–36 (4th Cir.1992). Accordingly, we affirm Hernandez Dominguez's conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*